

ORDERED in the Southern District of Florida on November 11, 2019.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

IN RE:                                                                          CASE NO. 19-23536-BKC-LMI
                                                                                CHAPTER 13
MANOLO J. REYES,
    Debtor.
_____/

## ORDER GRANTING EXTENSION OF THE AUTOMATIC STAY PURSUANT TO § 362(c)(3)(B)

THIS CAUSE having come on to be heard at 9:00 a.m., on November 5, 2019, on the Debtor's Emergency Motion to Extend the Automatic Stay pursuant to 11.U.S.C. § 362(c)(3)(B), [ECF 12] this Court having heard argument of counsel, a proffer of testimony of witness, and based on the record, this Court makes the following **Findings of Fact and Conclusions of Law**:

    1.    The Debtor(s), MANOLO J. REYES, has met his burden of proof by clear and convincing evidence that the Automatic Stay should be extended pursuant to 11 U.S.C. 362 (c)(3)(B).

    2.    All payments made are vested and non-refundable to the Debtor(s).

**IT IS THEREFORE ORDERED:**

3. The Debtor(s) Emergency Motion to Extend Stay is GRANTED and the Automatic Stay shall be in full force and effect against all creditors until further Order of this Court or upon any subsequent Order granting relief from the automatic stay.

**###**

**Submitted by:**
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

**Copies furnished to:**
Michael A. Frank, Esquire
Nancy Neidich
Brock and Scott
Heller & Zion, LLP
The Bank of New York Mellon, Attn: Charles W. Scharf, CEO
and all creditors

Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.